**98–1344.   Stover v. State Farm Ins. Co.**
Seneca App. No. 13–98–12.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1368.   Lakewood v. Hartman.**
Cuyahoga App. No. 72622.
DOUGLAS, RESNICK and COOK, JJ., dissent.

**98–1427.   State v. Dula.**
Hamilton App. No. C–970504.   *Sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–1432.   State v. Hoover.**
Franklin App. No. 97APA10–1399.   *Sua sponte,* cause consolidated with 98–1844, *supra,* and held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–1460.   Headley v. Ohio Govt. Risk Mgt. Plan.**
Muskingum App. No. CT970022.
RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1628.   State v. Lowther.**
Franklin App. No. 97APA09–1274.   *Sua sponte,* cause consolidated with 98–1859, *supra,* and held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.